**SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Telephone: 973-696-8391
David E. Sklar (Attorney ID 065882013)
Counsel for the Debtor

Order Filed on April 1, 2019 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| *In re:* | |
|---|---|
| Merida Mesa,<br><br>Debtor. | Chapter 13<br>Case No. 18-29225<br>Honorable Stacey L. Meisel<br>Hearing Date: March 27, 2019 |

### ORDER GRANTING THE DEBTOR'S MOTION TO IMPOSE THE AUTOMATIC STAY

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: April 1, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: Merida Mesa
Case No.: 18-29225-SLM
Page 2 of 2

Caption of Order: Order Granting the Debtor's Motion to Impose the Automatic Stay

**THIS MATTER** being opened to the Court by the Debtor Merida Mesa (the "Debtor") upon the filing of a Motion to Impose Automatic Stay, by and through her counsel Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, and Shapiro & DeNardo, LLC, Attorneys for Wells Fargo Bank, N.A., hereinafter "Secured Creditor", upon the filing of an Objection based on 11 U.S.C. §362(d)(4), and it appearing that Secured Creditor and Debtor reached an agreement, and the Court having considered the papers submitted and arguments of counsel and for good cause appearing,

**IT IS hereby ORDERED that:**

1. The Automatic Stay and all provisions of 11 U.S.C. §362(a) will be in full force and effect as of the date of the Debtor's Bankruptcy Filing solely as to Secured Creditor, which was September 27, 2018. The Automatic Stay protections of 11 U.S.C. §362(a) shall be imposed as to all other creditors, if any, as of the date of the entry of this Order.

2. In the event that the instant bankruptcy (18-29225-SLM) dismisses, or otherwise fails to result in a completed Chapter 13 Plan, any future bankruptcy filings within two (2) years of the entry of this Order by the Debtor, Merida Mesa, or Michael Mesa, Husband of Debtor, individually or jointly, shall not invoke the automatic stay against Wells Fargo Bank, N.A., or its assignees with regard to the subject property commonly known as **335 River Road, Bogota, New Jersey 07603**.