**SCURA, WIGFIELD, HEYER,**
**STEVENS & CAMMAROTA, LLP**
1599 HAMBURG TURNPIKE
WAYNE, NEW JERSEY 07470
TELEPHONE: 973-696-8391
DAVID E. SKLAR (ATTORNEY ID 065882013)
COUNSEL FOR THE DEBTOR

Order Filed on April 1, 2019 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re:*<br><br>MERIDA MESA,<br><br>Debtor. | Chapter 13<br>Case No. 18-29225<br>Honorable Stacey L. Meisel<br>Hearing Date: March 27, 2019 |

### ORDER GRANTING THE DEBTOR'S MOTION TO IMPOSE THE AUTOMATIC STAY

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: April 1, 2019**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: Merida Mesa
Case No.: 18-29225-SLM
Page 2 of 2

Caption of Order: Order Granting the Debtor's Motion to Impose the Automatic Stay

**THIS MATTER** being opened to the Court by the Debtor Merida Mesa (the "Debtor") upon the filing of a Motion to Impose Automatic Stay, by and through her counsel Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, and Shapiro & DeNardo, LLC, Attorneys for Wells Fargo Bank, N.A., hereinafter "Secured Creditor", upon the filing of an Objection based on 11 U.S.C. §362(d)(4), and it appearing that Secured Creditor and Debtor reached an agreement, and the Court having considered the papers submitted and arguments of counsel and for good cause appearing,

**IT IS hereby ORDERED that:**

1. The Automatic Stay and all provisions of 11 U.S.C. §362(a) will be in full force and effect as of the date of the Debtor's Bankruptcy Filing solely as to Secured Creditor, which was September 27, 2018. The Automatic Stay protections of 11 U.S.C. §362(a) shall be imposed as to all other creditors, if any, as of the date of the entry of this Order.

2. In the event that the instant bankruptcy (18-29225-SLM) dismisses, or otherwise fails to result in a completed Chapter 13 Plan, any future bankruptcy filings within two (2) years of the entry of this Order by the Debtor, Merida Mesa, or Michael Mesa, Husband of Debtor, individually or jointly, shall not invoke the automatic stay against Wells Fargo Bank, N.A., or its assignees with regard to the subject property commonly known as **335 River Road, Bogota, New Jersey 07603**.

United States Bankruptcy Court
District of New Jersey

In re:  
Merida Mesa  
    Debtor

Case No. 18-29225-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Apr 01, 2019  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2019.  
db         +Merida Mesa,    335 River Road,    Bogota, NJ 07603-1017

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2019 at the address(es) listed below:  
         Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@logs.com, njbankruptcynotifications@logs.com  
         David E. Sklar    on behalf of Debtor Merida  Mesa dsklar@scuramealey.com, ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@scuramealey.com  
         David L. Stevens    on behalf of Debtor Merida  Mesa dstevens@scuramealey.com, ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@scuramealey.com  
         Denise E. Carlon    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Rebecca Ann Solarz    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, Et Al... rsolarz@kmllawgroup.com  
         Robert Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
         Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                     TOTAL: 9