UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

WNI 18-022030
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Krystin M. Kane - 171402015
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Elizabeth L. Wassall - 023211995
Jeffrey Rappaport - 003431991
Kristen D. Little - 017411997
ATTORNEYS FOR WELLS FARGO BANK, N.A.

**Order Filed on April 8, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

IN RE:

MERIDA MESA, DEBTOR

CASE NO.: 18-29225-SLM

HEARING DATE: FEBRUARY 13, 2019

JUDGE: HONORABLE STACEY L. MEISEL

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: April 8, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter being opened to the Court by David E Sklar, Esquire, attorney for the Debtor upon filing of a Chapter 13 Plan, and Wells Fargo Bank, N.A., hereinafter "Secured Creditor," by and through its Authorized Agent, Shapiro & DeNardo, LLC, upon the filing of an Objection to Confirmation of Plan, and parties having subsequently resolving their differences with regard to the Debtor's Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the court considered the parties' application for entry of this Consent Order, and for other good cause shown,

1. Secured Creditor, Wells Fargo Bank, NA, agrees that this Consent Order resolves the Objection to Confirmation, ECF No.: 38, filed on January 15, 2019 for the 2nd Mortgage associated Proof of Claim 3-1, filed on November 20, 2018.

2. Debtor and Secured Creditor agree that Secured Creditor's lien secured by Debtor's real property located at 335 River Road, Bogota, New Jersey 07603, shall be modified pursuant to 11 U.S.C. §1322(b)(2) and classified as a wholly unsecured claim.

3. Debtor and Secured Creditor agree Secured Creditor's lien secured by Debtor's real property located at 335 River Road, Bogota, New Jersey 07603, will not be avoided or modified in any way, in the event the instant case (18-29225-SLM) dismisses or otherwise fails to result in the completion of Debtor's Chapter 13 Plan and issuance of a Discharge Order.

4. This Consent Order is hereby incorporated into Debtor's Chapter 13 Plan.

We hereby consent to the form, content, and entry of the within Order.

Shapiro & DeNardo, LLC

_/s/ Charles G. Wohlrab_                                    Date: 4-2-19
Charles G. Wohlrab, Esquire
Attorney for the Secured Creditor

_/s/ David E Sklar_                                        Date: 4/1/19
David E Sklar, Esquire, Esquire
Attorney for the Debtor

United States Bankruptcy Court
District of New Jersey

In re:  
Merida Mesa  
    Debtor

Case No. 18-29225-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Apr 09, 2019  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2019.  
db           +Merida Mesa,    335 River Road,    Bogota, NJ 07603-1017

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2019 at the address(es) listed below:

       Charles G. Wohlrab    on behalf of Creditor     WELLS FARGO BANK, N.A. cwohlrab@logs.com, njbankruptcynotifications@logs.com  
       David E. Sklar    on behalf of Debtor Merida Mesa dsklar@scuramealey.com, ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@scuramealey.com  
       David L. Stevens    on behalf of Debtor Merida Mesa dstevens@scuramealey.com, ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@scuramealey.com  
       Denise E. Carlon    on behalf of Creditor     LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, Et Al... dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Rebecca Ann Solarz    on behalf of Creditor     LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, Et Al... rsolarz@kmllawgroup.com  
       Robert Davidow    on behalf of Creditor     WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
       Sherri Jennifer Smith    on behalf of Creditor     WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
       U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                   TOTAL: 9