| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>(215)627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Lehman XS Trust Mortgage Pass-Through Certificates, Series 2005-7N, U.S. Bank National Association, as Trustee | Order Filed on April 22, 2019<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey |
| In Re:<br><br>Merida Mesa,<br><br>Debtor. | Case No.:  18-29225 SLM<br>Adv. No.:<br>Hearing Date:  4/10/19 @ 8:30 a.m.<br><br>Judge:  Stacey L. Meisel |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: April 22, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor:     Merida Mesa
Case No.:   18-29225 SLM
Caption:    **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Lehman XS Trust Mortgage Pass-Through Certificates, Series 2005-7N, U.S. Bank National Association, as Trustee, holder of a mortgage on real property located at 89 Hermann Avenue, Carteret, NJ, 07008, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and David Sklar, Esquire, attorney for Debtor, Merida Mesa, and for good cause having been shown;

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the property as to 89 Hermann Avenue, Carteret, NJ, 07008 is hereby surrendered in full satisfaction of the claim; and

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the automatic stay as to 89 Hermann Avenue, Carteret, NJ, 07008 will be vacated upon plan confirmation; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

Rex Roldan, Esq.
Washington Professional Campus
900 Route 168
Suite I-4
Turnersville, NJ 08012

Isabel Balboa, Chapter 13 Trustee  
Cherry Hill Corporate Center  
535 Route 38  
Suite 580  
Cherry Hill, NJ 08022

Suzann Persichetti
23 North Warner Street
Woodbury, NJ 08096