| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | **Order Filed on May 9, 2019 by**<br>**Clerk, U.S. Bankruptcy Court -**<br>**District of New Jersey** |
| IN RE:<br>    MERIDA MESA | **Case No.:  18-29225**<br><br>**Hearing Date:  05/08/2019**<br><br>**Judge:  STACEY L. MEISEL** |

### ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: May 9, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s):  MERIDA MESA

Case No.:  18-29225SLM

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 05/08/2019 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 5/8/2019 of the plan filed on 02/27/2019, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 05/15/2019 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.