Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 18−29225−SLM
          Chapter: 13
          Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Merida Mesa
   335 River Road
   Bogota, NJ 07603

Social Security No.:
   xxx−xx−7339

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 6/12/19 at 10:00 AM

to consider and act upon the following:

*62* − Application For Retention of Professional Rosanna Rodriguez as Real estate agent Filed by David E. Sklar on behalf of Merida Mesa. Objection deadline is 5/14/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) (Sklar, David)

*66* − Objection to Application for Retention of Professional (related document:62 Application For Retention of Professional Rosanna Rodriguez as Real estate agent Filed by David E. Sklar on behalf of Merida Mesa. Objection deadline is 5/14/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Debtor Merida Mesa) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 5/13/19

                                                    Jeanne Naughton
                                                    Clerk, U.S. Bankruptcy Court