| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>816053<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for Secured Creditor: WELLS FARGO BANK, N.A. | Order Filed on June 26, 2019<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey |
| In Re:<br><br>MERIDA MESA | Case No: 18-29225 - SLM<br><br>Hearing Date: 05/08/2019<br><br>Judge:  STACEY L. MEISEL |

### ORDER RESOLVING WELLS FARGO BANK N.A.'s MOTION FOR IN REM RELIEF

The order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: June 26, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**NJID 816053**
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
<u>Attorneys for WELLS FARGO BANK, N.A.</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

    MERIDA MESA                         CASE NO. 18-29225 - SLM

                                         CHAPTER 13

   Debtor

                                         ORDER RESOLVING WELLS FARGO
                               BANK, N.A.'s MOTION FOR IN REM
                                         RELIEF

                                       HEARING DATE: 05/08/2019

      This Order pertains to the property located at 335 RIVER ROAD, BOGOTA, NJ 07603, mortgage account ending with "7059";

      THIS MATTER having been brought before the Court by WELLS FARGO BANK, N.A., by and through its attorneys, Phelan Hallinan Diamond & Jones, PC, upon the filing of a Motion for In Rem Relief; and David E. Sklar, Esquire, attorney for the Debtor MERIDA MESA, having filed an Objection to said Motion; and the parties having subsequently resolved their differences; substance and entry of the within Order; and for other and good cause shown:

      IT IS on the     26th     day of     June     , 2019, ORDERED as follows:

1. Debtor to complete sale of the subject property (335 RIVER ROAD, BOGOTA, NJ 0760) by August 6, 2019.  Unless Debtor obtains short sale approval from Wells Fargo Bank, N.A., said sale must pay Wells Fargo Bank, N.A.'s lien in full pursuant to a valid payoff statement.

2. In the event Debtor proceeds with the proposed short sale, Debtor must have valid approval that has not expired prior to the closing of the short sale.   Debtor is required to obtain new short sale approval from Wells Fargo Bank, N.A. in the event the short sale approval expires prior to the closing of the sale.

3. If property is not sold by August 6, 2019 pursuant to Wells Fargo Bank, N.A.'s valid short sale approval or the loan is not paid in full pursuant to a payoff statement, Wells Fargo Bank, N.A. is permitted to re-list the Motion for In Rem Relief.

4. In the event Debtor's underlying bankruptcy case is dismissed prior to August 6, 2019, Wells Fargo Bank N.A. is entitled to In Rem Relief with no further application to the Court.

5. This Order shall be incorporated into and become part of any Order Confirming Plan in the herein matter.