UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

816053
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for Secured Creditor: WELLS FARGO BANK, N.A.

In Re:

MERIDA MESA

**Order Filed on June 26, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

Case No: 18-29225 - SLM

Hearing Date: 05/08/2019

Judge: STACEY L. MEISEL

## ORDER RESOLVING WELLS FARGO BANK N.A.'s MOTION FOR IN REM RELIEF

The order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: June 26, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

**NJID 816053**
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
<u>Attorneys for WELLS FARGO BANK, N.A.</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

    MERIDA MESA                       CASE NO. 18-29225 - SLM

                                             CHAPTER 13

  Debtor                          ORDER RESOLVING WELLS FARGO
                             BANK, N.A.'s MOTION FOR IN REM
                             RELIEF

                             HEARING DATE: 05/08/2019

      This Order pertains to the property located at 335 RIVER ROAD, BOGOTA, NJ 07603, mortgage account ending with "7059";

      THIS MATTER having been brought before the Court by WELLS FARGO BANK, N.A., by and through its attorneys, Phelan Hallinan Diamond & Jones, PC, upon the filing of a Motion for In Rem Relief; and David E. Sklar, Esquire, attorney for the Debtor MERIDA MESA, having filed an Objection to said Motion; and the parties having subsequently resolved their differences; substance and entry of the within Order; and for other and good cause shown:

      IT IS on the     26th     day of     June    , 2019, ORDERED as follows:

1. Debtor to complete sale of the subject property (335 RIVER ROAD, BOGOTA, NJ 0760) by August 6, 2019.  Unless Debtor obtains short sale approval from Wells Fargo Bank, N.A., said sale must pay Wells Fargo Bank, N.A.'s lien in full pursuant to a valid payoff statement.

2. In the event Debtor proceeds with the proposed short sale, Debtor must have valid approval that has not expired prior to the closing of the short sale.   Debtor is required to obtain new short sale approval from Wells Fargo Bank, N.A. in the event the short sale approval expires prior to the closing of the sale.

3. If property is not sold by August 6, 2019 pursuant to Wells Fargo Bank, N.A.'s valid short sale approval or the loan is not paid in full pursuant to a payoff statement, Wells Fargo Bank, N.A. is permitted to re-list the Motion for In Rem Relief.

4. In the event Debtor's underlying bankruptcy case is dismissed prior to August 6, 2019, Wells Fargo Bank N.A. is entitled to In Rem Relief with no further application to the Court.

5. This Order shall be incorporated into and become part of any Order Confirming Plan in the herein matter.

United States Bankruptcy Court
District of New Jersey

In re:  
Merida Mesa  
    Debtor

Case No. 18-29225-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jun 26, 2019  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2019.  
db        +Merida Mesa,   335 River Road,   Bogota, NJ 07603-1017

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2019    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2019 at the address(es) listed below:

    Charles G. Wohlrab   on behalf of Creditor   WELLS FARGO BANK, N.A. cwohlrab@logs.com, njbankruptcynotifications@logs.com  
    David E. Sklar   on behalf of Debtor Merida Mesa dsklar@scuramealey.com, ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@scuramealey.com  
    David L. Stevens   on behalf of Debtor Merida Mesa dstevens@scuramealey.com, ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@scuramealey.com  
    Denise E. Carlon   on behalf of Creditor   LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Marie-Ann Greenberg   magecf@magtrustee.com  
    Nicholas V. Rogers   on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
    Rebecca Ann Solarz   on behalf of Creditor   LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, Et Al... rsolarz@kmllawgroup.com  
    Robert Davidow   on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
    Sherri Jennifer Smith   on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
    U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

    TOTAL: 10