| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>817131<br>**PHELAN HALLINAN DIAMOND & JONES, PC**<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>**Attorneys for Secured Creditor: Wells Fargo Bank, N.A.** | Order Filed on July 19, 2019 by<br>Clerk, U.S. Bankruptcy Court -<br>District of New Jersey |
| In Re:<br><br>Merida Mesa | Case No: 18-29225 - SLM<br><br>Hearing Date: 06/26/2019<br><br>Judge:  STACEY L. MEISEL |

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The order set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: July 19, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**NJID 817131**
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
<u>Attorneys for WELLS FARGO BANK, N.A.</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

    MERIDA MESA                                       CASE NO. 18-29225 - SLM

                                                      CHAPTER 13

    Debtors                                      ORDER RESOLVING
                                                      OBJECTION TO CONFIRMATION

                                                      HEARING DATE: 06/26/2019

    This Order pertains to the property located at 335 RIVER ROAD, BOGOTA, NJ 07603, mortgage account ending with "7059";

    THIS MATTER having been brought before the Court by, David E. Sklar, Esquire, Esquire attorney for debtors, MERIDA MESA upon the filing of a Chapter 13 Plan, WELLS FARGO BANK, N.A. by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and for other and good cause shown:

    IT IS on the   19th   day of   July  , 2019, ORDERED as follows:

1. Debtor to sell the subject property (335 RIVER ROAD, BOGOTA, NJ 07603) by **August 6, 2019**.  Said sale must satisfy Secured Creditor's claim in full pursuant to a valid payoff unless Debtor has obtained short sale approval from Secured Creditor.

2. Debtor is required to tender their full regular post-petition mortgage payments to Secured Creditor pending the sale of the subject property.

3. If the sale does not occur by **August 6, 2019**, Debtor agrees to amend their Chapter 13 Plan post-confirmation to provide for arrears listed in Bayview Loan Servicing, LLC's Proof of Claim (Claim #2-1) or propose alternative treatment for Secured Creditor's claim.

4. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.