Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                   Case No.:  18−29225−SLM
                                   Chapter:  13
                                   Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Merida Mesa
   335 River Road
   Bogota, NJ 07603

Social Security No.:
   xxx−xx−7339

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 9/25/19 at 10:00 AM

to consider and act upon the following:

*14* − Motion for Relief from Stay re: IN REM 335 RIVER RD, BOGOTA, NJ 07603. Fee Amount $ 181., Motion for Relief from Co−Debtor Stay of MICHAEL MESA, Motion for Prospective Relief Filed by Sherri Jennifer Smith on behalf of WELLS FARGO BANK, N.A.. Hearing scheduled for 11/28/2018 at 10:00 AM at SLM − Courtroom 3A, Newark. (Attachments: # 1 Certificate of Service # 2 Supporting Documents # 3 Proposed Order) (Smith, Sherri)

*81* − Order Resolving Wells Fargo Bank, N.A.'s Motion for In Rem Relief.(Related Doc 14). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/26/2019. (Veloz−Jimenez, Lucy)

Dated: 8/23/19

                                                         Jeanne Naughton
                                                         Clerk, U.S. Bankruptcy Court