Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−29225−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Merida Mesa
335 River Road
Bogota, NJ 07603

Social Security No.:
xxx−xx−7339

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 3/11/20 at 10:00 AM

to consider and act upon the following:

*93* − Notice of Hearing for: Re−Listing Motion for Relief Pursuant to Order Resovling Entered 6/26/2019. (related document:14 Motion for Relief from Stay re: IN REM 335 RIVER RD, BOGOTA, NJ 07603, Motion for Prospective Relief Filed by Sherri Jennifer Smith on behalf of Creditor WELLS FARGO BANK, N.A., 81 Order Resolving Wells Fargo Bank, N.A.'s Motion for In Rem Relief. Signed on 6/26/2019). The following parties were served: Debtor, Debtor's Attorney, Sherri Smith (Wells), Trustee, and US Trustee. Hearing scheduled for 9/25/2019 at 10:00 AM at SLM − Courtroom 3A, Newark. (rah)

Dated: 2/25/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court