Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                            Case No.: 18−29225−SLM
                            Chapter: 13
                            Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Merida Mesa
   335 River Road
   Bogota, NJ 07603

Social Security No.:
   xxx−xx−7339

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/21/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 21, 2020
JAN: rah

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 18-29225-SLM
Merida Mesa                                                                               Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 2              Date Rcvd: May 21, 2020
                                Form ID: 148             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2020.
db          +Merida Mesa,    335 River Road,    Bogota, NJ 07603-1017
r           +Rosanna Rodriguez,    139 Wilson Avenue,    Newark, NJ 07105-6939
cr          +WELLS FARGO BANK, N.A.,   Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
              Mt. Laurel, NJ 08054-3437
cr          +WELLS FARGO BANK, N.A.,   Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,   Suite 1400,
              Philadelphia, PA 19103-1814
517839509   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court:  New Jersey Division of Taxation,
              Compliance & Enforcement - Bankruptcy,    50 Barrack St., 9th Fl.,    PO Box 245,
              Trenton, NJ 08695)
518164838   +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517780138   +Wells Fargo Bank c/o,    Phelan, Hallinan et al,   400 Fellowship Road,   Suite 100,
              Mount Laurel, NJ 08054-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov May 21 2020 23:28:53     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 21 2020 23:28:50     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517862954   +EDI: IRS.COM May 22 2020 02:53:00      Department of Treasury,   Internal Revenue Service,
              P O Box 7346,    Philadelphia, PA 19101-7346
518119878    EDI: ECMC.COM May 22 2020 02:53:00      US Department of Education,   P.O. Box 16448,
              St. Paul, MN 55116-0448
517839510   +EDI: WFFC.COM May 22 2020 02:53:00      Wells Fargo Bank,   PO Box 14517,
              Des Moines, IA 50306-3517
517879802    EDI: WFFC.COM May 22 2020 02:53:00      Wells Fargo Bank, N.A.,   1000 Blue Gentian Road,
              N9286-01Y,   Eagan, MN 55121-7700
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517839508*    +Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
518177277*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court:   State of New Jersey,    Division of Taxation,   PO BOX 245-Bankruptcy,
               Trenton, NJ 08695-0272)
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2020                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2020 at the address(es) listed below:
              David L. Stevens    on behalf of Debtor Merida  Mesa dstevens@scura.com,
               ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, Et
               Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Elizabeth L. Wassall    on behalf of Creditor    WELLS FARGO BANK, N.A. ewassall@logs.com,
               njbankruptcynotifications@logs.com

```
District/off: 0312-2           User: admin              Page 2 of 2               Date Rcvd: May 21, 2020
                               Form ID: 148             Total Noticed: 13


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,
               Et Al... rsolarz@kmllawgroup.com
              Robert Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```